## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **GLAZIERS LOCAL 1162 PENSION FUND,** ) **et al.** ) | **CASE NO.: 1:06-cv-1164** |
| ) | |
| ) | **JUDGE BOYKO** |
| **Plaintiffs,** ) | |
| ) | **MAGISTRATE JUDGE McHARGH** |
| **vs.** ) | |
| ) | **DEFAULT JUDGMENT** |
| **COMMERCIAL GLASS & GLAZING CO.,** ) | |
| ) | |
| **Defendant** ) | |

This cause came before this Court on the Motion of the Plaintiffs Glaziers Local 1162 Pension Fund, et al. for Judgment by default against Defendant Commercial Glass & Glazing Co. Defendant, having been served with Plaintiffs' First Amended Complaint, and the Court having read the files and papers herein, hereby SUSTAINS Plaintiffs' Motion.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that:

1.      Judgment be and is entered against Defendant Commercial Glass & Glazing Co. and in favor of Plaintiffs Glaziers Local 1162 Pension Fund, et al. in the amount of ELEVEN THOUSAND SEVEN HUNDRED FORTY-EIGHT DOLLARS AND SIXTY-SEVEN CENTS ($11,748.67), said amount representing ONE THOUSAND SIX-HUNDRED THIRTY-TWO DOLLARS and SEVEN CENTS ($1,632.07), in fringe benefit contributions and shortages for the period of September 1, 2004 through the present, and TEN THOUSAND ONE HUNDRED

SIXTEEN DOLLARS AND SIXTY CENTS ($10,116.60) in Plaintiffs' attorney fees and costs in

pursuit of this judgment; and

2.     Plaintiffs be and are awarded interest on such amount at the ~~rate of Fifteen Percent~~ *statutory rate under* CAB, J.
*26 USC § 6621*
~~(15%) per annum.~~

IT IS SO ORDERED.

*Christopher a Boyko*
JUDGE

APPROVED:

*/s/ Timothy R. Piatt*
WILLIAM B. GORE (0003472)
TIMOTHY R. PIATT (0039634)
4150 Belden Village Street, Suite 602
Canton, Ohio  44718
Telephone:     (330) 493-1570
Facsimile:     (330) 493-7042
Email: wgore@mgplaborlaw.com
Email: tpiatt@mgplaborlaw.com

*Attorneys for Plaintiffs*

FILED

DEC 03 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.

- 2 -