UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GLAZIERS LOCAL 1162 PENSION FUND, ET AL., | CASE NO. 1:06CV1164 |
| Plaintiff(s), | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| COMMERCIAL GLASS & GLAZING CO., | |
| Defendant(s). | **JUDGMENT** |

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

FILED
DEC 3 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_Christopher A. Boyko_
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE